# CLASS ACTION COMPLAINT

*Battle et al v. General Motors LLC*

Index of Exhibits

| Exhibit | Description |
|---|---|
| 1 | 2020 Chevrolet Limited Warranty and Owner Assistance Information |
| 2 | 2019 GMC Limited Warranty and Owner Assistance Information |
| 3 | August 2020 update of TSB 16-NA-361 |
| 4 | January 26, 2022 update of TSB 16-NA-361 |