# **Exhibit 4**

# INFORMATION ON TRANSMISSION HARSH 1-2 SHIFT UPON FIRST START UP/SHIFT OF THE DAY UNDER LIGHT THROTTLE

## #16-NA-361: Information on Transmission Harsh 1-2 Shift Upon First Start Up/Shift of the Day Under Light Throttle - (Jan 26, 2022)

Subject: Information on Transmission Harsh 1-2 Shift Upon First Start Up/Shift of the Day Under Light Throttle

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| Cadillac | ATS | 2016 | 2019 | - | - | - | Automatic 8L45 (M5N) 8L90 (M5X, MQE) |
| | CTS Models | | | | | | |
| | CT6 | 2016 | 2020 | | | | |
| | CT4 | 2020 | 2022 | | | | |
| | Escalade Models | 2015 | 2017 | | | | Automatic 8L90 (M5U, MQE) |
| Chevrolet | Camaro | 2016 | 2022 | | | | Automatic 8L45 (M5T) 8L90 (M5U, M5X, MQE) |
| | Colorado (VIN S, T) | 2017 | 2022 | | | | |
| | Corvette | 2015 | 2019 | | | | |
| | Express | 2017 | 2022 | | | | |
| | Silverado | 2015 | 2018 | | | | |
| | Silverado LD | 2019 | 2019 | | | | |

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| | Silverado 1500 (New Model) | 2019 | 2021 | | | | |
| | Silverado 1500 LTD (RPO J21, 12th VIN Digit = 4 or less) | 2022 | 2022 | | | | |
| | Silverado 1500 New (RPO J22, 12th VIN Digit = 5 or greater) | 2022 | 2022 | | | | |
| GMC | Canyon | 2017 | 2022 | | | | Automatic 8L45 (M5T) 8L90 (M5U, M5X, MQE) |
| | Savana | 2017 | 2022 | | | | |
| | Sierra | 2015 | 2018 | | | | |
| | Sierra Limited | 2019 | 2019 | | | | |
| | Sierra 1500 (New Model) | 2019 | 2021 | | | | |
| | Sierra 1500 Limited (RPO J21, 12th VIN Digit = 4 or less) | 2022 | 2022 | | | | |
| | Sierra 1500 New (RPO J22, 12th VIN Digit = 5 or greater) | 2022 | 2022 | | | | |
| | Yukon Models | 2015 | 2017 | | | | Automatic 8L90 (M5U, MQE) |

| | |
|---|---|
| **Involved Region or Country** | North America, Europe, Middle East, Israel, Argentina, Brazil, Chile, Colombia, Ecuador, Peru, Japan, Cadillac Korea (South Korea), GM Korea Company, China, Thailand, Philippines |
| **Condition** | Some customers may comment that the transmission exhibits a harsh 1-2 shift on the first shift of the day, typically under light throttle. |
| **Cause** | This condition is due to the initial clutch fill time of the 2-3-4-6-8 (C4) clutch. |
| **Information** | Some customers may experience a flare condition on the first 1-2 shift of the day or after the vehicle has been parked for several hours. The condition may have developed after the replacement of a complete transmission assembly or the replacement of the stator support to correct a delayed engagement condition. This is most likely to occur under light throttle conditions. Subsequent 1-2 shifts have acceptable shift feel. Replacing transmission components will not correct the condition. |
| **Correction** | **Important:** Replacing transmission components or complete assemblies will not improve the condition.<br><br>The first 1-2 shift of the day may be harsh. The customers' vehicle should be compared to a like vehicle under the same driving conditions. **Do Not** replace any parts for this condition.<br><br>**Note:** This condition will not impact the designed performance or reliability of the vehicle. |

### Warranty Information

For vehicles repaired under the Powertrain coverage, use the following Labor Operation. Reference the Applicable Warranties section of Investigate Vehicle History (IVH) for coverage information.

| Labor Operation | Description | Labor Time |
|---|---|---|
| 8481038* | Confirmation Verification of First 1-2 Shift of the Day | 0.3 hr |
| *This is a unique Labor Operation for bulletin use only. | | |

| | |
|---|---|
| Version | 8 |

| | |
|---|---|
| **Modified** | November 18, 2016 – Revised the Cause section.<br><br>April 6, 2017 – Added models and revised the Condition, Cause and Correction sections.<br><br>July 20, 2017 – Updated Model section.<br><br>May 21, 2018 – Updated Model section.<br><br>October 08, 2019 – Added 2020 CT4 and updated models to 2020.<br><br>August 10, 2020 – Added 2021 to Model Year and added Warranty Information section.<br><br>January 26, 2022 – Added the 2022 Model Year and updated the Involved Region or Country section. |

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer". They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.

WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION

© 2022 General Motors. All rights reserved.