UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW BATTLE, et al.,

        Plaintiffs,

vs.

GENERAL MOTORS, LLC,

        Defendant.
_____/

Civil Action No. 22-10783

HON. MARK A. GOLDSMITH

**ORDER REGARDING JOINT STATEMENT**

As discussed with the Court during the August 8, 2022 telephonic scheduling conference, the parties are directed to file a single joint statement setting out their points of agreement and disagreement as to the following issues: (i) how and when Daubert motions should be presented; (ii) whether any motion for class certification should be deferred until after a ruling on class certification in Won et al v. General Motors, LLC, No. 19-11044 (E.D. Mich.); (iii) the extent to which any rulings on Daubert motions in Won concern issues to be presented by Daubert motions filed in this action; and (iv) how and when motions for summary judgment should be presented. The parties must file this joint statement on or by September 1, 2022. After reviewing the parties' joint statement, the Court may amend the case management and scheduling order issued today.

    SO ORDERED.

Dated: August 9, 2022
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 9, 2022.

s/Holly A. Ryan
Case Manager, acting in the absence of
 Karri Sandusky
