UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW BATTLE et al.,

        Plaintiffs,                 Case No. 22-cv-10783

v.                               HON. MARK A. GOLDSMITH

GENERAL MOTORS, LLC,

        Defendant.

_____/

## **ORDER FOR JOINT STATEMENT**

The parties are ordered to file a Joint Status Report, on or before July 10, 2025, setting forth their views on relevant developments since entry of the stay order (Dkt. 100); the impact of the Sixth Circuit's recent decision in Speerly v General Motors, LLC, No. 23-1940, 2025 WL 1775640 (6th Cir. Jun. 27, 2025);  and what further proceedings, if any, should be scheduled in this case.

    **SO ORDERED.**

Dated:  July 2, 2025                 s/Mark A. Goldsmith
Detroit, Michigan               MARK A. GOLDSMITH
                           United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 2, 2025.

                 s/Joseph Heacox
                 JOSEPH HEACOX
                 Case Manager